UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ROBERSON, | Case No. 2:22-cv-01557-DAD-JDP (PC) |
| Petitioner, | ORDER |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | |
| Respondents. | |

Petitioner brought this habeas petition pursuant to section 2254. ECF No. 1. On June 5, 2023, respondents filed a motion to consolidate this case with another filed by petitioner. ECF No. 14. That other case, *Roberson v. Peery*, No. 2:22-cv-00519-DAD-DB, was filed earlier and attacks the same conviction. Under the local rules, however, counsel who believes two actions are related must file a notice of related actions in each case. *See* Eastern District Local 123(b). That notice must contain "a brief statement of their relationship and the reasons why assignment to a single Judge and/or Magistrate Judge is likely to effect a savings of judicial effort and other economies." *Id.* Respondents have not filed such a notice in this case (and do not appear to have filed one in the other case, either). Accordingly, I will deny their motion without prejudice to re-filing. Respondents are advised to review the local rules and comply with them in any future requests for relation or consolidation.

It is ORDERED that respondents' motion to consolidate, ECF No. 14, is DENIED without prejudice.

1

IT IS SO ORDERED.

Dated:   September 19, 2023                       /s/ Jeremy Peterson
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE